UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMY POST,<br><br>           Plaintiff,<br><br>    vs.<br><br>ISS FACILITY SERVICES, INC., a Delaware Corporation,<br><br>           Defendant. | Case No. 2:25-cv-01739-JHC<br><br>**ORDER GRANTING PARTIES JOINT MOTION TO SUBMIT PLAINTIFF'S CLAIMS TO BINDING ARBITRATION AND STAY THE ENTIRE ACTION** |

**TO THIS HONORABLE COURT,**

**TO PLAINTIFF AND TO HER ATTORNEYS OF RECORD:**

Before the Court is the Parties' Joint Motion to Submit Plaintiff's Claims to Binding Arbitration and Stay the Entire Action filed on September 16, 2025.  Dkt. # 16.

After full consideration of the documents filed with the Motion, including the records and files of this matter, and good cause appearing therefore:

IT IS THEREFORE ORDERED that the Parties' Joint Motion is GRANTED as follows:

1.     Plaintiff's claims are hereby ordered to be submitted to arbitration subject to the terms and conditions stipulated by the Parties.

2.     The entire action is stayed pending completion of the arbitration proceedings.

3.     The Court shall maintain jurisdiction of this matter solely for the limited purpose

1  of enforcing or modifying any arbitration award.

2      IT IS SO ORDERED.

3      DATED this 30th day of September, 2025.

4

5  _____
    JOHN H. CHUN
6      UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26